UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN M. SEGARRA : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 13-cv-7173 (RA) |
| v. : | |
| : | NOTICE OF APPEAL |
| THE FEDERAL RESERVE BANK OF : | |
| NEW YORK; MICHAEL SILVA; : | |
| MICHAEL KOH; and JONATHON KIM, : | |
| : | |
| Defendants. : | |
| : | |

Motion and Notice of Appeal

Notice is hereby given that Plaintiff Carmen M. Segarra in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the order and judgment issued from Judge Ronnie Abrams entered April 24, 2014.

By direction of the ECF Help Desk, Plaintiff comes now before the Court to request that The United States Court of Appeals for the United States Court of Appeals for the Second Circuit accept and docket this Appeal for briefing by the parties.

Respectfully Submitted,

_____/s/_____
LINDA J. STENGLE, ESQUIRE
Stengle Law
New York Bar No.: 4848958
SDNY Bar No.: LS3756
9 Lenswood Drive
Boyertown, PA 19512
(610) 367-1604

Date: May 20, 2014

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:13−cv−07173−RA

| | |
|---|---|
| Segarra v. The Federal Reserve Bank of New York et al<br>Assigned to: Judge Ronnie Abrams<br>Cause: 12:1831j Depository Institution Employee Protection Remedy | Date Filed: 10/10/2013<br>Date Terminated: 04/24/2014<br>Jury Demand: Plaintiff<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**Carmen M. Segarra**  represented by  **Linda Jeffries Stengle**
Stengle Law
9 Lenswood Drive
Boyertown, PA 19512
(610)−367−1604
Email: linda@lindastengle.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Federal Reserve Bank of New York**  represented by  **David Lawrence Gross**
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045
(212)−720−2356
Fax: (212)−720−8709
Email: david.gross@ny.frb.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Matthew Noone**
Federal Reserve Bank of New York
33 Liberty Street
212−720−6088, NY 10045
(212)−720−7743
Fax: (212)−720−8709
Email: thomas.noone@ny.frb.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Silva**  represented by  **David Lawrence Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Koh**  represented by  **David Lawrence Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnathon Kim**  represented by  **David Lawrence Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2013 | 1 | COMPLAINT against Johnathon Kim, Michael Koh, Michael Silva, The Federal Reserve Bank of New York. (Filing Fee $ 350.00, Receipt Number 465401078613)Document filed by Carmen M. Segarra.(msa) (msa). (Entered: 10/11/2013) |
| 10/10/2013 | | SUMMONS ISSUED as to Johnathon Kim, Michael Koh, Michael Silva, The Federal Reserve Bank of New York. (msa) (Entered: 10/11/2013) |
| 10/10/2013 | | Case Designated ECF. (msa) (Entered: 10/11/2013) |
| 10/10/2013 | | Magistrate Judge Michael H. Dolinger is so designated. (msa) (Entered: 10/11/2013) |
| 10/11/2013 | 2 | ORDER: Telephone Conference set for 10/11/2013 at 12:30 PM before Judge Ronnie Abrams. The parties shall jointly call Courtroom Deputy Allison Cavale at (212) 805–0162. The complaint will not be available on ECF until the conclusion of that conference. (Signed by Judge Ronnie Abrams on 10/11/2013) (tn) (Entered: 10/11/2013) |
| 10/11/2013 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Telephone Conference held on 10/11/2013. (Court Reporter Steven Greenblum) (arc) (Entered: 10/11/2013) |
| 10/11/2013 | 3 | ORDER: that a hearing has been set for 10/15/2013 at 10:00 AM in Courtroom 1506, 40 Centre Street, New York, NY 10007 before Judge Ronnie Abrams, to address Defendants' request to seal and/or redact portions of Plaintiff's complaint in this action. By 5 p.m. today, the parties are to submit letters outlining their views as to whether the presumptive right of access set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006), has been overcome such that the complaint and attachments should not be publicly filed. Defendants are directed to advise the Court precisely which portions of the complaint and attached documents they seek to have redacted and Plaintiff should inform the Court whether she consents to any redactions. These letters should be filed on ECF, with courtesy copies emailed to chambers at Abrams_nysdchambers@nysd.uscourts.gov. (Signed by Judge Ronnie Abrams on 10/11/2013) (tn) Modified on 10/18/2013 (tn). (Entered: 10/11/2013) |
| 10/11/2013 | 4 | LETTER addressed to Judge Ronnie Abrams from David Gross dated October 11, 2013 re: Application for a Protective Order. Document filed by The Federal Reserve Bank of New York.(Gross, David) (Entered: 10/11/2013) |
| 10/15/2013 | 5 | ORDER: For the reasons discussed on the record at today's hearing, the Federal Reserve Bank of New York's motion to seal or redact certain paragraphs of Plaintiff's complaint and attached exhibits is DENIED. If she has not already done so, Plaintiff's counsel shall submit to the Clerk of Court an electronic copy of the complaint for filing on ECF. The Clerk of the Court is respectfully requested to make the complaint and all attachments available on ECF. (Signed by Judge Ronnie Abrams on 10/15/2013) (tn) (Entered: 10/15/2013) |
| 10/15/2013 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Oral Argument held on 10/15/2013 re: 3 Order. (Court Reporter Paula Speer) (arc) (Entered: 10/16/2013) |
| 10/16/2013 | 6 | NOTICE OF CHANGE OF ADDRESS by Linda Jeffries Stengle on behalf of Carmen M. Segarra. New Address: Stengle Law, 9 Lenswood Drive, Boyertown, PA, USA 19512, 610.367.1604. (Stengle, Linda) (Entered: 10/16/2013) |
| 10/16/2013 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Linda Jeffries Stengle for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 1 Complaint to: caseopenings@nysd.uscourts.gov. (msa) (Entered: 10/16/2013) |
| 10/16/2013 | 7 | LETTER addressed to Judge Ronnie Abrams from Linda J. Stengle, Esq. dated 10.11.2013 re: Defendants' letter of 10.10.2013. Document filed by Carmen M. Segarra.(Stengle, Linda) (Entered: 10/16/2013) |

| | | |
|---|---|---|
| 10/16/2013 | 8 | LETTER addressed to Judge Ronnie Abrams from Linda J. Stengle, Esq. dated 10.11.2013 re: Defendants' letter of 10.10.2013. Document filed by Carmen M. Segarra.(Stengle, Linda) (Entered: 10/16/2013) |
| 10/17/2013 | 9 | CERTIFICATE OF SERVICE of Summons and Complaint. All Defendants. Service was accepted by mailroom worker. Document filed by Carmen M. Segarra. (Stengle, Linda) (Entered: 10/17/2013) |
| 10/17/2013 | 10 | ORDER: This case has been assigned to me for all purposes. It is hereby: ORDERED that counsel for all parties appear for an initial status conference on December 12, 2013, at 3:30 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York. IT IS FURTHER ORDERED that, by December 5, 2013, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs as further set forth in this order. (Signed by Judge Ronnie Abrams on 10/17/2013) (lmb) Modified on 10/21/2013 (lmb). (Entered: 10/17/2013) |
| 10/17/2013 | | Set/Reset Hearings: Initial Conference set for 12/12/2013 at 03:30 PM in Courtroom 1506, 40 Centre Street, New York, NY 10007 before Judge Ronnie Abrams. (lmb) (Entered: 10/21/2013) |
| 10/24/2013 | 11 | TRANSCRIPT of Proceedings re: ARGUMENT held on 10/15/2013 before Judge Ronnie Abrams. Court Reporter/Transcriber: Paula Speer, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/18/2013. Redacted Transcript Deadline set for 12/2/2013. Release of Transcript Restriction set for 1/25/2014.(Rodriguez, Somari) (Entered: 10/24/2013) |
| 10/24/2013 | 12 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 10/15/13 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 10/24/2013) |
| 10/29/2013 | 13 | LETTER MOTION for Extension of Time *for Responsive Pleading* addressed to Judge Ronnie Abrams from David Gross dated October 29, 2013. Document filed by The Federal Reserve Bank of New York.(Gross, David) (Entered: 10/29/2013) |
| 10/30/2013 | 14 | ORDER granting 13 Letter Motion for Extension of Time: APPLICATION GRANTED. (Signed by Judge Ronnie Abrams on 10/30/2013) (tn) (Entered: 10/31/2013) |
| 10/30/2013 | | Set/Reset Deadlines: Johnathon Kim answer due 11/14/2013; Michael Koh answer due 11/14/2013; Michael Silva answer due 11/14/2013; The Federal Reserve Bank of New York answer due 11/14/2013. (tn) (Entered: 10/31/2013) |
| 11/14/2013 | 15 | NOTICE OF APPEARANCE by David Lawrence Gross on behalf of The Federal Reserve Bank of New York. (Gross, David) (Entered: 11/14/2013) |
| 11/14/2013 | 16 | NOTICE OF APPEARANCE by David Lawrence Gross on behalf of The Federal Reserve Bank of New York. (Gross, David) (Entered: 11/14/2013) |
| 11/14/2013 | 17 | NOTICE of Motion to Dismiss. Document filed by The Federal Reserve Bank of New York. (Gross, David) (Entered: 11/14/2013) |
| 11/14/2013 | 18 | FIRST MOTION to Dismiss *the Complaint*. Document filed by The Federal Reserve Bank of New York.(Gross, David) (Entered: 11/14/2013) |
| 11/14/2013 | 19 | FIRST MEMORANDUM OF LAW in Support re: 18 FIRST MOTION to Dismiss *the Complaint*.. Document filed by The Federal Reserve Bank of New York. (Gross, David) (Entered: 11/14/2013) |
| 11/14/2013 | 20 | DECLARATION of David Gross in Support re: 18 FIRST MOTION to Dismiss *the Complaint*.. Document filed by The Federal Reserve Bank of New York. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Gross, David) (Entered: 11/14/2013) |

| | | |
|---|---|---|
| 11/14/2013 | 21 | NOTICE OF APPEARANCE by Thomas Matthew Noone on behalf of The Federal Reserve Bank of New York. (Noone, Thomas) (Entered: 11/14/2013) |
| 11/21/2013 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Federal Reserve Bank of New York.(Noone, Thomas) (Entered: 11/21/2013) |
| 12/04/2013 | 23 | RESPONSE in Opposition to Motion re: 18 FIRST MOTION to Dismiss *the Complaint*.. Document filed by Carmen M. Segarra. (Attachments: # 1 Certificate of Service)(Stengle, Linda) (Entered: 12/04/2013) |
| 12/04/2013 | 24 | FIRST AMENDED COMPLAINT amending 1 Complaint against Johnathon Kim, Michael Koh, Michael Silva, The Federal Reserve Bank of New York with JURY DEMAND.Document filed by Carmen M. Segarra. Related document: 1 Complaint filed by Carmen M. Segarra.(mro) (Entered: 12/05/2013) |
| 12/05/2013 | 25 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** STATUS REPORT. *Parties response to 10/17/13 ORDER* Document filed by Johnathon Kim, Michael Koh, Carmen M. Segarra, Michael Silva, The Federal Reserve Bank of New York. (Attachments: # 1 Text of Proposed Order)(Stengle, Linda) Modified on 12/6/2013 (ka). (Entered: 12/05/2013) |
| 12/06/2013 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Linda Jeffries Stengle to RE–FILE Document 25 Status Report. Use the event type Letter found under the event list Other Documents.***NOTE: E–mail PDF of Proposed Case Management Scheduling Order to judgments@nysd.uscourts.gov. (ka)** (Entered: 12/06/2013) |
| 12/06/2013 | 26 | **FILING ERROR – DUPLICATE DOCKET ENTRY –** JOINT LETTER addressed to Judge Ronnie Abrams from Linda J. Stengle dated 12/05/13 re: Response to Order for Joint Status Letter. Document filed by Johnathon Kim, Michael Koh, Carmen M. Segarra, Michael Silva, The Federal Reserve Bank of New York.(Stengle, Linda) Modified on 12/6/2013 (db). (Entered: 12/06/2013) |
| 12/06/2013 | 27 | JOINT LETTER addressed to Judge Ronnie Abrams from Linda J. Stengle and David L. Gross dated 12/05/13 re: Response to Order for Joint Status Letter. Document filed by Johnathon Kim, Michael Koh, Carmen M. Segarra, Michael Silva, The Federal Reserve Bank of New York. (Attachments: # 1 Text of Proposed Order)(Stengle, Linda) (Entered: 12/06/2013) |
| 12/10/2013 | 28 | LETTER MOTION for Extension of Time to File Response/Reply *to Amended Complaint* addressed to Judge Ronnie Abrams from David Gross dated December 10, 2013. Document filed by Johnathon Kim, Michael Koh, Michael Silva, The Federal Reserve Bank of New York.(Gross, David) (Entered: 12/10/2013) |
| 12/11/2013 | 29 | ORDER granting 28 Letter Motion for Extension of Time to File Response/Reply: APPLICATION GRANTED. (Signed by Judge Ronnie Abrams on 12/11/2013) (tn) (Entered: 12/11/2013) |
| 12/11/2013 | | Set/Reset Deadlines: Johnathon Kim answer due 1/3/2014; Michael Koh answer due 1/3/2014; Michael Silva answer due 1/3/2014; The Federal Reserve Bank of New York answer due 1/3/2014. (tn) (Entered: 12/11/2013) |
| 12/12/2013 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Initial Pretrial Conference held on 12/12/2013. (arc) (Entered: 12/12/2013) |
| 12/12/2013 | 30 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/11/2013 before Judge Ronnie Abrams. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/6/2014. Redacted Transcript Deadline set for 1/16/2014. Release of Transcript Restriction set for 3/17/2014.(Rodriguez, Somari) (Entered: 12/12/2013) |
| 12/12/2013 | 31 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/11/13 has been filed by the court reporter/transcriber in the above–captioned matter. The parties |

|  |  |  |
|---|---|---|
|  |  | have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 12/12/2013) |
| 12/12/2013 | 32 | ORDER denying as moot 18 Motion to Dismiss: Plaintiff's motion to strike is denied, without prejudice to requesting leave to re-file as a motion in limine in advance of trial. Defendants shall file their motion to dismiss Plaintiff's amended complaint by January 3, 2014; Plaintiff shall file her opposition by January 24, 2014; and Defendants' reply is due February 4, 2014. The Court will hear oral argument on Defendants' motion to dismiss on March 4, 2014, at 11 a.m. Discovery is stayed pending resolution of Defendants' motion to dismiss. The parties shall jointly email a revised Case Management Plan to Abrams_nysdchambers@nysd.uscourts.gov. Defendants' motion to dismiss is denied as moot, in light of Plaintiffs filing of an amended complaint. The Clerk of Court is requested to terminate the motion pending at docket number 18. (Signed by Judge Ronnie Abrams on 12/12/2013) (tn) (Entered: 12/13/2013) |
| 12/12/2013 |  | Set/Reset Hearings: Oral Argument set for 3/4/2014 at 11:00 AM before Judge Ronnie Abrams. Set/Reset Deadlines: Motions due by 1/3/2014, Responses due by 1/24/2014, Replies due by 2/4/2014. (tn) (Entered: 12/13/2013) |
| 01/03/2014 | 33 | MOTION to Dismiss *the Amended Complaint*. Document filed by Johnathon Kim, Michael Koh, Michael Silva, The Federal Reserve Bank of New York.(Gross, David) (Entered: 01/03/2014) |
| 01/03/2014 | 34 | MEMORANDUM OF LAW in Support re: 33 MOTION to Dismiss *the Amended Complaint*.. Document filed by Johnathon Kim, Michael Koh, Michael Silva, The Federal Reserve Bank of New York. (Gross, David) (Entered: 01/03/2014) |
| 01/03/2014 | 35 | DECLARATION of David Gross in Support re: 33 MOTION to Dismiss *the Amended Complaint*.. Document filed by Johnathon Kim, Michael Koh, Michael Silva, The Federal Reserve Bank of New York. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Gross, David) (Entered: 01/03/2014) |
| 01/24/2014 | 36 | MEMORANDUM OF LAW in Opposition re: 33 MOTION to Dismiss *the Amended Complaint*.. Document filed by Carmen M. Segarra. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Stengle, Linda) (Entered: 01/24/2014) |
| 01/24/2014 | 37 | DECLARATION of Linda Stengle in Opposition re: 33 MOTION to Dismiss *the Amended Complaint*.. Document filed by Carmen M. Segarra. (Stengle, Linda) (Entered: 01/24/2014) |
| 02/04/2014 | 38 | REPLY MEMORANDUM OF LAW in Support re: 33 MOTION to Dismiss *the Amended Complaint*.. Document filed by Johnathon Kim, Michael Koh, Michael Silva, The Federal Reserve Bank of New York. (Gross, David) (Entered: 02/04/2014) |
| 02/25/2014 | 39 | ORDER re: 33 MOTION to Dismiss *the Amended Complaint* filed by Michael Koh, The Federal Reserve Bank of New York, Johnathon Kim, Michael Silva. Oral argument on Defendants' motion to dismiss, which is scheduled for March 4, 2014, is rescheduled to 4 p.m. on April 4, 2014.(Oral Argument set for 4/4/2014 at 04:00 PM before Judge Ronnie Abrams.) (Signed by Judge Ronnie Abrams on 2/25/2014) (ajs) (Entered: 02/25/2014) |
| 04/04/2014 |  | Minute Entry for proceedings held before Judge Ronnie Abrams: Oral Argument held on 4/4/2014 re: 33 MOTION to Dismiss *the Amended Complaint*. filed by Michael Koh, The Federal Reserve Bank of New York, Johnathon Kim, Michael Silva. (Court Reporter Rose Prater) (arc) (Entered: 04/04/2014) |
| 04/11/2014 | 40 | RESPONSE in Opposition to Motion re: 33 MOTION to Dismiss *the Amended Complaint*. *Response to the Court's Questions*. Document filed by Carmen M. Segarra. (Attachments: # 1 Exhibit)(Stengle, Linda) (Entered: 04/11/2014) |
| 04/11/2014 | 41 | LETTER addressed to Judge Ronnie Abrams from Linda J. Stengle dated April 11, 2014 re: Disclosure. Document filed by Carmen M. Segarra.(Stengle, Linda) (Entered: 04/11/2014) |

| | | |
|---|---|---|
| 04/14/2014 | 42 | FIRST MOTION to Amend/Correct 24 Amended Complaint, 40 Response in Opposition to Motion *to Dismiss.*, FIRST MOTION for Leave to File *Second Amended Complaint*. Document filed by Carmen M. Segarra. (Attachments: # 1 Exhibit)(Stengle, Linda) (Entered: 04/14/2014) |
| 04/16/2014 | 43 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/4/2014 before Judge Ronnie Abrams. Court Reporter/Transcriber: Rose Prater, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/12/2014. Redacted Transcript Deadline set for 5/22/2014. Release of Transcript Restriction set for 7/18/2014.(McGuirk, Kelly) (Entered: 04/16/2014) |
| 04/16/2014 | 44 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/4/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 04/16/2014) |
| 04/16/2014 | 45 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 4/3/2014 before Judge Ronnie Abrams. Court Reporter/Transcriber: Denise Richards, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/12/2014. Redacted Transcript Deadline set for 5/22/2014. Release of Transcript Restriction set for 7/18/2014.(McGuirk, Kelly) (Entered: 04/16/2014) |
| 04/16/2014 | 46 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 4/3/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 04/16/2014) |
| 04/16/2014 | 47 | RESPONSE in Opposition to Motion re: 42 FIRST MOTION to Amend/Correct 24 Amended Complaint, 40 Response in Opposition to Motion *to Dismiss*.FIRST MOTION for Leave to File *Second Amended Complaint*.FIRST MOTION to Amend/Correct 24 Amended Complaint, 40 Response in Opposition to Motion *to Dismiss*.. Document filed by The Federal Reserve Bank of New York. (Gross, David) (Entered: 04/16/2014) |
| 04/22/2014 | 48 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** RESPONSE in Support of Motion re: 42 FIRST MOTION to Amend/Correct 24 Amended Complaint, 40 Response in Opposition to Motion *to Dismiss*.FIRST MOTION for Leave to File *Second Amended Complaint*.FIRST MOTION to Amend/Correct 24 Amended Complaint, 40 Response in Opposition to Motion *to Dismiss*.. Document filed by Carmen M. Segarra. (Stengle, Linda) Modified on 4/22/2014 (db). (Entered: 04/22/2014) |
| 04/22/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Linda Jeffries Stengle to RE–FILE Document 48 Response in Support of Motion. Use the event type Letter found under the event list Other Documents. (db)** (Entered: 04/22/2014) |
| 04/22/2014 | 49 | LETTER addressed to Judge Ronnie Abrams from Linda J. Stengle dated 4/22/14 re: Response to Defendants' Letter of April 16, 2014. Document filed by Carmen M. Segarra.(Stengle, Linda) (Entered: 04/22/2014) |
| 04/23/2014 | 50 | OPINION AND ORDER #104245. The Court grants Defendants' motion to dismiss the First Amended Complaint. Count One fails to state a claim under 12 U.S.C. § 1831j, and the Court declines to exercise jurisdiction over the remaining state–law claims. Plaintiff's motion seeking leave to file a Second Amended Complaint is denied, as are the other requests made in her April 11, 2014 letters. |

| | | |
|---|---|---|
| | | The Clerk of Court is respectfully requested to terminate the motions pending at docket numbers 33 and 42 and to close the case. Re: 33 MOTION to Dismiss *the Amended Complaint filed by Michael Koh, The Federal Reserve Bank of New York, Johnathon Kim, Michael Silva,* 42 FIRST MOTION to Amend/Correct *24 Amended Complaint,* 40 *Response in Opposition to Motion to Dismiss.* FIRST MOTION *for Leave to File Second Amended Complaint.* FIRST MOTION to Amend/Correct *24 Amended Complaint,* 40 *Response in Opposition to Motion to Dismiss filed by Carmen M. Segarra. (Signed by Judge Ronnie Abrams on 4/23/2014) (rjm) Modified on 4/28/2014 (ca).* (Entered: 04/23/2014) |
| 04/23/2014 | | Transmission to Judgments and Orders Clerk. Transmitted re: 50 Memorandum &Opinion to the Judgments and Orders Clerk. (rjm) (Entered: 04/23/2014) |
| 04/24/2014 | 51 | CLERK'S JUDGMENT: It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated April 23, 2014, Defendants' motion to dismiss the First Amended Complaint is granted, Count One fails to state a claim under U.S.C. § 1831j, and the Court declines to exercise jurisdiction over the remaining state–law claims; Plaintiff's motion seeking leave to file a Second Amended Complaint is denied, as are the other requests made in Plaintiff's April 11, 2014 letters; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 04/24/2014) (Attachments: # 1 Right to Appeal)(km) (Entered: 04/24/2014) |
| 05/20/2014 | 52 | NOTICE OF APPEAL from 51 Clerk's Judgment,, 50 Memorandum &Opinion,,,,. Document filed by Carmen M. Segarra. Filing fee $ 505.00, receipt number 0208–9693392. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Stengle, Linda) (Entered: 05/20/2014) |
| 05/20/2014 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 52 Notice of Appeal,. (nd) (Entered: 05/20/2014) |
| 05/20/2014 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 52 Notice of Appeal, filed by Carmen M. Segarra were transmitted to the U.S. Court of Appeals. (nd) (Entered: 05/20/2014) |