# STENGLE LAW

• Strong Advocates for the Savvy Whistleblower •



9 Lenswood Drive
Boyertown, PA 19512

**Office**
**610-367-1604**

www.stenglelaw.com
linda@lindastengle.com

Clerk of Courts
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, NY 10007

June 17, 2014

TRANSCRIPT STATUS UPDATE LETTER

Dear Clerk,

    This letter is to explain that the transcript issue has not yet been resolved. The situation is fully explained in the Form D and Addendum originally filed. We have been waiting to hear from the SD Reporters, but it has been two weeks with no reply.

    We plan to contact them this week to see if they have made progress in locating the files we have requested. More time is needed for this process.

    Thank you.

Sincerely,

Linda J. Stengle, Esquire
Attorney for Carmen Segarra