# STENGLE LAW



• Strong Advocates for the Savvy Whistleblower •

9 Lenswood Drive  
Boyertown, PA 19512

**Office**  
**610-367-1604**

www.stenglelaw.com  
linda@lindastengle.com

Clerk of Courts  
U.S. Court of Appeals for the Second Circuit  
Thurgood Marshall U.S. Courthouse  
40 Foley Street  
New York, NY 10007

July 1, 2014

TRANSCRIPT STATUS UPDATE LETTER

Dear Clerk,

    This letter is to explain that the transcript issue has not yet been resolved. The situation is fully explained in the Form D and Addendum originally filed. We are waiting to hear from the SD Reporters.

    More time is needed for this process.

    Thank you.

Sincerely,

Linda J. Stengle, Esquire  
Attorney for Carmen Segarra