# STENGLE LAW

• Strong Advocates for the Savvy Whistleblower •



| | | |
|---|---|---|
| 9 Lenswood Drive<br>Boyertown, PA 19512 | **Office**<br>**610-367-1604** | www.stenglelaw.com<br>linda@lindastengle.com |

Clerk of Courts
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, NY 10007

July 15, 2014

### TRANSCRIPT STATUS UPDATE LETTER

Dear Clerk,

    This letter is to explain that the transcript issue has not yet been resolved. The situation is fully explained in the Form D and Addendum originally filed. We are waiting to hear from the SD Reporters.

    More time is needed for this process.

    Thank you.

Sincerely,

Linda J. Stengle, Esquire
Attorney for Carmen Segarra