# STENGLE LAW

• Strong Advocates for the Savvy Whistleblower •



9 Lenswood Drive  
Boyertown, PA  19512

**Office**  
**610-367-1604**

www.stenglelaw.com  
linda@lindastengle.com

---

Clerk of Courts  
U.S. Court of Appeals for the Second Circuit  
Thurgood Marshall U.S. Courthouse  
40 Foley Street  
New York, NY 10007

July 29, 2014

TRANSCRIPT STATUS UPDATE LETTER

Dear Clerk,

This letter is to explain that the transcript issue has not yet been resolved because I have not received transcripts and records as requested in the court's transcript request form.

Last week, I spoke with the court's case manager, and as discussed in that conversation, I wrote and sent the attached letter in an effort to solicit a response from SD Reporters.

We hope to hear from them before the next update letter is due.

More time is needed for this process.

Thank you.

Sincerely,

/s/

Linda J. Stengle, Esquire  
Attorney for Carmen Segarra