# STENGLE LAW

• Strong Advocates for the Savvy Whistleblower •



| | | |
|---|---|---|
| 9 Lenswood Drive<br>Boyertown, PA 19512 | **Office**<br>**610-367-1604** | www.stenglelaw.com<br>linda@lindastengle.com |

---

Clerk of Courts
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, NY 10007

August 12, 2014

TRANSCRIPT STATUS UPDATE LETTER

Dear Clerk,

This letter is to explain that the transcript issue has not yet been resolved because I have not received transcripts and records as requested in the court's transcript request form.

I wrote and sent a letter to the SDNY Court Reporters on July 29, 2014, in an effort to solicit a response from SD Reporters. I have received no response.

We hope to hear from them before the next update letter is due.

More time is needed for this process.

Thank you.

Sincerely,

/s/

Linda J. Stengle, Esquire
Attorney for Carmen Segarra