# STENGLE LAW

• Strong Advocates for the Savvy Whistleblower •



| | | |
|---|---|---|
| 9 Lenswood Drive<br>Boyertown, PA 19512 | **Office**<br>**610-367-1604** | www.stenglelaw.com<br>linda@lindastengle.com |

Clerk of Courts
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, NY 10007

August 26, 2014

TRANSCRIPT STATUS UPDATE LETTER

Dear Clerk,

This letter is to inform you that we are still waiting resolution of the transcript request for original information. Some communication snafus have occurred, and we have not received a definitive response. We have made some progress. We hope to have a more concrete understanding of the status of our transcript request before the next status update is required.

More time is needed for this process.

Thank you.

Sincerely,

Linda J. Stengle, Esquire
Attorney for Carmen Segarra