# STENGLE LAW

• Strong Advocates for the Savvy Whistleblower •

9 Lenswood Drive  
Boyertown, PA 19512

**Office**  
**610-367-1604**

www.stenglelaw.com  
linda@lindastengle.com

---

Clerks of Courts  
U.S. Court of Appeals for the Second Circuit  
Thurgood Marshall U.S. Courthouse  
40 Foley Street  
New York, NY  10007

September 9, 2014

## TRANSCRIPT STATUS UPDATE LETTER

Dear Clerk,

    This letter is to inform you that we are still waiting resolution of the transcript request for original information.  We called the SD Reporters about the letter we sent on July 29, 2014.  They said they had not received that letter.  It was sent again on August 26, 2014, by certified mail. According to the online tracking information, SD Reporters received it at their location on August 29, 2014 at 12:33 p.m.

    We have not received an answer to our requests from SD Reporters as of yet; however, we are hopeful for something before the next status update is due.

    More time is needed for this process.

    Thank you.

Sincerely,

Linda J. Stengle, Esquire  
Attorney for Carmen Segarra