# STENGLE LAW

• Strong Advocates for the Savvy Whistleblower •

9 Lenswood Drive  
Boyertown, PA 19512

**Office**  
**610-367-1604**

www.stenglelaw.com  
linda@lindastengle.com

Clerk of Courts  
U.S. Court of Appeals for the Second Circuit  
Thurgood Marshall U.S. Courthouse  
40 Foley Street  
New York, NY  10007

September 23, 2014

TRANSCRIPT STATUS UPDATE LETTER

Dear Clerk,

This letter is to inform you that we are still waiting resolution of the transcript request for original information.  SDNY has not responded, as of yet, to the letter we sent by certified mail.

More time is needed for this process.

Thank you.

Sincerely,

Linda J. Stengle, Esquire  
Attorney for Carmen Segarra