# FEDERAL RESERVE BANK *of* NEW YORK

33 LIBERTY STREET, NEW YORK, NY 10045-0001

**DAVID L. GROSS**
COUNSEL AND VICE PRESIDENT

October 22, 2014

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of Court
Dana Ellwood, Case Manager
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Carmen Segarra v. Federal Reserve Bank of New York</u>, No. 14-1714

Dear Ms. Wolfe and Ms. Ellwood:

    I am listed as the attorney of record and lead counsel for all Defendants-Appellees in the above-referenced matter. I write to inform the Court that, going forward, Defendant-Appellee Michael Silva will be represented by Richard F. Hans of the law firm DLA Piper. Mr. Hans will file a notice of appearance and substitution of counsel shortly.

    My colleague Thomas Noone is listed as an additional counsel for all Defendants-Appellees. Like me, he will not represent Mr. Silva going forward, but will continue to represent our other clients.

    Please call me at 212-720-2356 or Mr. Noone at 212-720-7743 if you have any questions.

Respectfully submitted,

David Gross

cc: Linda J. Stengle, Esq., Counsel for Plaintiff-Appellant (linda@lindastengle.com)
Richard F. Hans, Esq., Counsel for Defendant-Appellee Michael Silva
(richard.hans@dlapiper.com)