# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14cv1714

**Caption [use short title]**

**Motion for:** Extension of time for filing Appellant Brief and Appendix

Segarra v The Federal Reserve Bank of New York, et al.

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant requests a 14 day extension of time for the filing of her Appellant brief and appendix. The current deadline is Nov. 25, 2014. Appellant needs the delay because of delays in the completion of construction in counsel's workplace.

If granted, the extension would make the new filing date Dec. 9, 2014.

Opposing counsel has no objection to this extension.

**MOVING PARTY:** Carmen Segarra
☑ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** FRBNY, Koh, Kim, Silva

**MOVING ATTORNEY:** Linda J. Stengle

**OPPOSING ATTORNEY:** D. Gross, T. Noone, R. Hans

[name of attorney, with firm, address, phone number and e-mail]

Stengle Law, 9 Lenswood Drive, Boyertown
PA 19512, 6103671604
linda@lindastengle.com

FRBNY, 33 Liberty St., New York, NY 10045
2127202356, david.gross@ny.frb.org,
thomas.noone@ny.frb.org / for Silva - richard.hans@dlapiper.com

**Court-Judge/Agency appealed from:** J. Ronnie Abrams

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:** [signed]  **Date:** 11.20.14  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)