# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of November, two thousand and fourteen.

Before:      Ralph K. Winter,
                    *Circuit Judge.*

_____

Carmen M. Segarra,

Plaintiff-Appellant,                           **ORDER**

      v.                                         Docket No. 14-1714

The Federal Reserve Bank of New York,
Michael Silva, Michael Koh, Johnathon Kim,

Defendants-Appellees.

_____

    Appellant moves for an extension of time until December 9, 2014 to file the brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective December 9, 2014 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                           FOR THE COURT:

                                                           Catherine O'Hagan Wolfe,
                                                           Clerk of Court

