**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 12, 2015
Docket #: 14-1714cv
Short Title: Segarra v. The Federal Reserve Bank of Ne

DC Docket #: 13-cv-7173
DC Court: SDNY (NEW YORK CITY)
DC Judge: Abrams

## APPELLEE / RESPONDENT DEFAULT NOTICE

The appellees' briefs were due on December 30, 2014. The Court has not received a brief on behalf of appellee / respondent. Please advise the Court forthwith if appellee / respondent does not intend to file a brief.

If appellee / respondent does not move for leave to file a late brief and include the brief within 14 days of the date of this notice, the appeal will be placed on a calendar, and appellee / respondent will not be heard at oral argument except by permission of the Court. See FRAP 31(c).

Inquiries regarding this case may be directed to 212-857-8623.